Jerry L. CARY, Sr., Plaintiff–Appellant,

v.

Honorable Alan E. ROSENBLATT, Judge; Honorable A. Bonwill Shockley, Judge; Honorable Leroy Rountree Hassell, Chief Justice of the Virginia Supreme Court; Steven Witmer, Virginia Assistant Attorney General, Defendants–Appellees.

No. 05–7362.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 22, 2006.

Decided May 18, 2006.

Jerry L. Cary, Sr., Appellant Pro Se.

Before LUTTIG * and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry L. Cary, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cary v. Rosenblatt,* No. CA–05–456–2 (E.D.Va. Aug. 23, 2005). We deny Cary's motions for appointment of counsel, to

---

* Judge Luttig was a member of the original panel but did not participate in this decision.

amend the caption, and to amend his claim. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*